# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD L. KING, JR.

NO. 2026 KW 0176

**APRIL 20, 2026**

---

In Re:    Richard L. King, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 387036.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.** Any challenge to a previous conviction which is not made before sentence is imposed may not thereafter be raised to attack the sentence. La. R.S. 15:529.1(D)(1)(b); See also **State v. Chaney**, 2020-0981 (La. App. 1st Cir. 6/4/21), 327 So.3d 1038, 1042, writ denied, 2021-01204 (La. 11/10/21), 326 So.3d 1251. Accordingly, the district court did not err by denying the motion to correct an illegal sentence.

                        WIL
                        EW
                        CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT